1  AARON D. FORD
   Attorney General
2  KYLE L. HILL (Bar No. 16094)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Ste. 100
   Las Vegas, Nevada 89119
5  (702) 486-0429 (phone)
   (702) 486-3768 (fax)
6  Email: khill@ag.nv.gov

7  *Attorneys for Defendants Julie Williams, James Scally, and Jay Barth*
8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  | RICHARD WOMACK, | Case No. 2:23-cv-01088-MMD-NJK |
    |---|---|
12  | Plaintiff, | |
13  | v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
14  | JULIE WILLIAMS, *et al.*, | |
15  | Defendants. | |

16      IT IS HEREBY STIPULATED by and between Plaintiff, Richard Womack, and

17  Defendants, Julie Williams, James Scally, and Jay Barth, by and through counsel, Aaron

18  D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney

19  General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii),

20  Federal Rules of Civil Procedure, that the above-captioned action be dismissed with

21  prejudice, with each party bearing their own attorney's fees and costs.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 18th day of October, 2024.

By: _____
RICHARD WOMACK
Plaintiff

DATED this 18th day of October, 2024

AARON D. FORD
Attorney General

By: /s/ Kyle L. Hill
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____November 20_____, 2024.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 19th day of November, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE,** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, addressed to the following:

> Richard Womack, #1255790
> Three Lakes Calley Conservation Camp
> P.O. Box 208
> Indian Springs, NV 89070

_____
An employee of the
Office of the Attorney General